IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
No. 24-1099

| | | |
|---|---|---|
| DONALD NICODEMUS, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | Appeal from the United States District |
| | ) | Court for the Northern District of |
| v. | ) | Indiana—South Bend Division |
| | ) | |
| CITY OF SOUTH BEND, INDIANA, | ) | |
| | ) | No. 3:23-cv-00744-DRL-MGG |
| Defendant-Appellee, | ) | |
| | ) | |
| and | ) | The Honorable Damon R. Leichty, |
| | ) | Judge |
| STATE INDIANA, | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

**Plaintiff-Appellant's Unopposed Motion for Extension of Time to File Brief**

Plaintiff-Appellant, by counsel, says that:

1. Plaintiff-Appellant's brief in this case is due on March 4, 2024.

2. Undersigned counsel will be primarily responsible for preparing the brief.

3. As noted in the attached affidavit of undersigned counsel-of-record for plaintiff-appellant, he is unable due to the press of other responsibilities, including appearing before this Court to present oral argument in a case on February 16, 2024 and appearing before this Court as co-counsel in another oral argument set for February 23, 2024, to complete the brief by its current due date.

4. Plaintiff-Appellant requests an additional 7 days to, and including, March 11, 2024 for the brief to be filed.

5. Undersigned counsel has consulted with James Bopp, Jr., counsel for the State of Indiana and Joseph Smith, counsel for the City of South Bend, and neither oppose the extension of time.

6. This is the first extension of time requested by plaintiff-appellant.

WHEREFORE, Donald Nicodemus, plaintiff-appellant in this appeal, requests that the time for filing of his brief be extended 7 days to and including March 11, 2024, and for all other proper relief.

/s/ *Kenneth J. Falk*
Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org

*Counsel of Record for Plaintiff-Appellant*