No. 24-1099

# In the
# United States Court of Appeals
# for the Seventh Circuit

DONALD NICODEMUS,
*Plaintiff-Appellant*,

v.

CITY OF SOUTH BEND, ET AL.,
*Defendants-Appellees*.

Appeal from the United States District Court
for the Northern District of Indiana, South Bend Division,
No. 3:23-cv-00744-DRL-MGG,
The Honorable Damon R. Leichty, Judge.

**APPEARANCE OF COUNSEL FOR APPELLEE**

Attorney General of Indiana Todd Rokita, by Deputy Attorney General Benjamin M.L. Jones, hereby enters his appearance as the Defendant – Appellee, State of Indiana, in the above-referenced matter.

The address of Deputy Attorney General Benjamin M.L. Jones is Office of the Indiana Attorney General, 302 W. Washington Street, Indiana Government Center South, Fifth Floor, Indianapolis, Indiana, 46204. The telephone number is (317) 234-6685 and the fax number is (317) 232-7979. His email is Benjamin.Jones@atg.in.gov.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

/s/ Benjamin M.L. Jones
BENJAMIN M.L. JONES
Section Chief, Civil Appeals

*Counsel for State of Indiana*

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that on July 10, 2024, the foregoing document was served upon opposing counsel via the Seventh Circuit CM/ECF system.

/s/ Benjamin M.L. Jones
BENJAMIN M.L. JONES
Section Chief, Civil Appeals

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 234-6685
Fax: (317) 232-7979
Benjamin.Jones@atg.in.gov