# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 7, 2025

**Before**

MICHAEL B. BRENNAN, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

DORIS L. PRYOR, *Circuit Judge*

No. 24-1099

| | |
|---|---|
| DONALD NICODEMUS, *Plaintiff-Appellant*, | Appeal from the United States District Court for the Northern District of Indiana, South Bend Division. |
| v. | No. 23-cv-00744 |
| CITY OF SOUTH BEND, INDIANA, *Defendant-Appellee*, | Damon R. Leichty, *Judge*. |
| and | |
| STATE OF INDIANA, *Intervenor-Appellee*. | |

**O R D E R**

Plaintiff-Appellant Donald Nicodemus filed a petition for panel rehearing and rehearing en banc on June 20, 2025. No judge in active service requested a vote on the petition for rehearing en banc, and all judges of the original panel voted to deny panel rehearing. Accordingly, the petition for rehearing and rehearing en banc is DENIED.